**UNITED STATES of America, Plaintiff–Appellee,**

v.

**John Walter TEMPLE, Defendant– Appellant.**

**No. 05–50120.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 15, 2010.

Becky S. Walker, Esq., Curtis A. Kin, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff– Appellee.

Jerry Kaplan, Esq., Kaplan, Kenegos & Kadin, Beverly Hills, CA, for Defendant– Appellant.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

John Walter Temple appeals from the restitution order imposed following his guilty-plea conviction for mail fraud and aiding and abetting, in violation of 18 U.S.C. §§ 2 and 1341. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Temple contends the district court erred by failing to acknowledge its discretion under 18 U.S.C. § 3664(h) to apportion liability between Temple and his co-defendant. The record shows that the district court did not err in this regard. *See United States v. Booth,* 309 F.3d 566, 576 (9th Cir.2002); *see also United States v. Mills,* 991 F.2d 609, 611–12 (9th Cir.1993). Further, the district court did not abuse its discretion by holding Temple jointly and severally liable with his co-defendant for the total amount of restitution. *See Booth,* 309 F.3d at 576; *see also* § 3664(h).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.